**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

BRIDGETTE L EADES,

    Plaintiff,

v.                                  Case No: 5:21-cv-33-JSM-PRL

FOREST RIVER, INC.,

    Defendant.

_____

**ORDER OF DISMISSAL**

Before the Court is Plaintiff's Rule 41 Notice of Voluntary Dismissal without Prejudice (Dkt. 10). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions, if any, are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of February, 2021.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record